

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2015

No. 04-14-00078-CV

**RIVER CITY CARE CENTER, INC**. d/b/a River City Care Center,
Appellants

v.

Betty **TAYLOR,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15814
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

Sitting:  Rebeca C. Martinez, Justice
          Patricia O. Alvarez, Justice
          Luz Elena D. Chapa, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court